**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   11

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Dufour Pastry Kitchens, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 13-3205695 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 251 Locust Avenue Bronx, NY 10454 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Bronx | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)     www.dufourpastrykitchens.com

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Dufour Pastry Kitchens, Inc.    Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   3118

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

| Debtor | Dufour Pastry Kitchens, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?  _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other  _____

**Where is the property?**  _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.   Insurance agency  _____

        Contact name  _____

        Phone  _____

---

### ■ Statistical and administrative information

**13.  Debtor's estimation of available funds**

*Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Dufour Pastry Kitchens, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 20, 2016
MM / DD / YYYY

**X** /s/ Carla Krasner                                          Carla Krasner
Signature of authorized representative of debtor            Printed name

Title   Vice President

**18. Signature of attorney**

**X** /s/ Jonathan S. Pasternak                          Date   October 20, 2016
Signature of attorney for debtor                               MM / DD / YYYY

Jonathan S. Pasternak
Printed name

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
Firm name

One North Lexington Avenue
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone   (914) 681-0200        Email address

Bar number and State

**Fill in this information to identify the case:**

Debtor name __Dufour Pastry Kitchens, Inc.__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 20, 2016__    **X** /s/ Carla Krasner
                                      Signature of individual signing on behalf of debtor

                                      Carla Krasner
                                      Printed name

                                      Vice President
                                      Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| Debtor name | Dufour Pastry Kitchens, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BOEDC 851 Concourse Bronx, NY 10451 | | | | | | $348,346.78 |
| TD Bank N.A. 1701 Route 70 East Cherry Hill, NJ 08034 | | Blanket Lien on Debtor's Assets | | $250,000.00 | $0.00 | $250,000.00 |
| Chase Bank P.O. Box 9001022 Louisville, KY 40290 | | | | | | $111,080.52 |
| Imperial Bag & Paper co., Inc. 255- Routes 1-9 Jersey City, NJ 07306 | | | | | | $88,703.24 |
| 885 East 138th Street LLC 1536 Third Ave, 3rd Floor New York, NY 10028 | | | | | | $82,744.20 |
| Millennium Funding PO Box Buffalo, NY 14231 | | | | | | $36,066.69 |
| Fodera Foods 129-02 Northern Blvd Corona, NY 11368 | | | | | | $28,112.15 |
| Active Temporaries Ltd 41 West 33rd Street New York, NY 10001 | | | | | | $27,132.93 |
| Karp Resources PO Box 515 Southold, NY 11971 | | | | | | $24,168.35 |
| Swede Farms Inc. 480 Alfred Avenue Teaneck, NJ 07666 | | | | | | $17,401.94 |
| Tri State Packaging Inc. 616 Bedford Avenue Brooklyn, NY 11249 | | | | | | $15,171.14 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    Dufour Pastry Kitchens, Inc.        Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Freedman 545 Livonia Avenue Brooklyn, NY 11207 | | | | | | $8,986.17 |
| Industrial Refridgeration, Inc 145-1 Remington Blvd Rankonkoma, NY 11772 | | | | | | $8,016.91 |
| Interstate Container 501 Finnegans New Brunswick, NJ 08901 | | | | | | $5,593.95 |
| Allen Gross CPA PO Box 305 Emerson, NJ 07630 | | | | | | $5,550.00 |
| Oxford Health Plans P.O. Box 1368 Newark, NJ 07101 | | | | | | $5,134.54 |
| Rosemary Gross | | | | | | $2,703.83 |
| Baldor Specialty Food 155 Food Center Dr. Bronx, NY 10474 | | | | | | $2,411.40 |
| Rondo, Inc. 51 Joseph Street Moonachie, NJ 07074 | | | | | | $2,192.17 |
| United Staffind Solutions New York City Corporate Headqu 111 Broadway 3rd Flr New York, NY 10006 | | | | | | $2,067.80 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   Dufour Pastry Kitchens, Inc.

_____  Case No. _____
Debtor(s)                    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................... $            32,000.00

    Prior to the filing of this statement I have received ......................... $            32,000.00

    Balance Due ................................................................................... $                 0.00

2.  $   1,717.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

October 20, 2016                    /s/ Jonathan S. Pasternak
_____            _____
Date                        Jonathan S. Pasternak
                            Signature of Attorney
                            DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                            One North Lexington Avenue
                            White Plains, NY 10601
                            (914) 681-0200   Fax: (914) 684-0288
                            Name of law firm

---

# United States Bankruptcy Court
### Southern District of New York

In re _Dufour Pastry Kitchens, Inc._                                    Case No. _____
Debtor(s)                                   Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Carla Krasner | | 50% | |
| Judith Arnold | | 50% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _October 20, 2016_                     Signature  /s/ Carla Krasner
                                                        Carla Krasner

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   Dufour Pastry Kitchens, Inc.

                                 Debtor(s)

Case No. _____

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   October 20, 2016

/s/ Carla Krasner

Carla Krasner/Vice President
Signer/Title

885 EAST 138TH STREET LLC
1536 THIRD AVE, 3RD FLOOR
NEW YORK, NY 10028


ACME AMERICAN REPAIRS, INC.
177-10 93RD AVENUE
JAMAICA, NY 11433


ACTION CARTING
920 E 132NS STREET
BRONX, NY 10454


ACTIVE TEMPORARIES LTD
41 WEST 33RD STREET
NEW YORK, NY 10001


AFRICAN AMERICAN AUTO REPAIR
368 JACKSON AVENUE
BRONX, NY 10454


ALLEN GROSS CPA
PO BOX 305
EMERSON, NJ 07630


ALPINE BAKERY
521-523 30TH STREET
UNION CITY, NJ 07087


AMERICAN EXPRESS 11002


ARAMARK UNIFORM SERVICES
P.O. BOX 55230
LEXINGTON, KY 40555-5230


ATLANTIC SCALE CO. INC
600 FRANKLIN AVENUE
MOUNT VERNON, NY 10550


ATLAS MATERIALS INC
PO BOX 233
BROOKLYN, NY 11231

AUGUST THOMSEN CORPORATION
36 SEA CLIFF AVENUE
GLEN COVE, NY 11542


BALDOR SPECIALTY FOOD
155 FOOD CENTER DR.
BRONX, NY 10474


BANK OF AMERICA


BANK OF THE WEST
475 SANSOME STREET
19TH FLOOR
SAN FRANCISCO, CA 94111


BOEDC
851 CONCOURSE
BRONX, NY 10451


BRUCKNER LUMBER & BUILDING
259 BRUCNER BOULEVARD #139
BRONX, NY 10454


BUSINESS CARD


CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


CARLA KRASNER
DUFOUR PASTRY KITCHENS, INC.
251 LOCUST AVENUE
BRONX, NY 10454


CENTRAL RESTAURANT PRODUCTS
7750 GEORGETOWN RD
INDIANAPOLIS, IN 46268


CHALET

CHASE BANK
P.O. BOX 9001022
LOUISVILLE, KY 40290


CINTAS CORPORATION
P.O. BOX 630803
CINCINNATI, OH 45263


CONCA D'ORO
75-02 51ST AVENUE
WOODSIDE, NY 11377


CONNEXT FINANCIAL, LTD
101 W WASHINGTON STREET
INDIANAPOLIS, IN 46204


DE LANGE LANDEN FINANCIAL SERV
P.O. BOX 41601
PHILADELPHIA, PA 19101


EVE SALES CORPORATION
945 CLOSE AVENUE
BRONX, NY 10473


FODERA FOODS
129-02 NORTHERN BLVD
CORONA, NY 11368


FOODAROM GROUP INC.
5400 ARAMAND FRAPPIER
SAINT-HUBERT, QUEBEC J3Z 1GS


FREEDMAN
545 LIVONIA AVENUE
BROOKLYN, NY 11207


HARDY DIAGNOSTICS
1430 WEST MCCOY LANE
SANTA MARIA, CA 93455


HITACHI CAPITAL AMERICA CORP
ATTN: CHRIS PETERSEN, VP
800 CONNECTICUT AVENUE, STE 4N
NORWALK, CT 06854

IMPERIAL BAG & PAPER CO., INC.
255- ROUTES 1-9
JERSEY CITY, NJ 07306


INDUSTRIAL REFRIDGERATION, INC
145-1 REMINGTON BLVD
RANKONKOMA, NY 11772


INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30-133
PHILADELPHIA, PA 19104-5016


INTERSTATE CONTAINER
501 FINNEGANS
NEW BRUNSWICK, NJ 08901


JUDITH ARNOLD


K.E.B. PEST CONTROL, LLC
35 E GRASSY SPRAIN ROAD, #305
YONKERS, NY 10710


KARP RESOURCES
PO BOX 515
SOUTHOLD, NY 11971


KOF-K KOSHER SUPERVISION
201 THE PLZ
TEANECK, NJ 07666


M&M LABEL COMPANY INC
380 PEARL STREET
MALDEN, MA 02148


MAYAB HAPPY TACO'S
450 FLORIDA GROVE RD
PERTH AMBOY, NJ 08861


MC-MASTER-CARR SUPPLY CO.
200 NEW CANTON WAY
ROBBINSVILLE, NJ 08691-2343

METROPOLITAN LIFE INS. CO.
700 QUAKER LANE
PO BOX 336
WARWICK, RI 02887


MEYNER AND LANDIS LLP
ONE GATEWAY CENTER, STE 2500
NEWARK, NJ 07102


MILLENNIUM FUNDING
PO BOX
BUFFALO, NY 14231


NAT'L SPECIALTY FOOD ASSOC.
136 MADISON AVENUE
NEW YORK, NY 10016


NATIONWIDE


NY TRUCK REFRIGERATION CORP.
410 LONGFELLO AVENUE
BRONX, NY 10474


NYC CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-240
ATTN: TAX & BKCY LIT. DIV.
NEW YORK, NY 10007


NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719


NYS DEPT OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCUDRES
15 METRO TECH CENTER, 5TH FL.
BROOKLYN, NY 11201


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004

OXFORD HEALTH PLANS
P.O. BOX 1368
NEWARK, NJ 07101


QUILL CORPORATION
100 SCHELTER ROAD
LINCOLNSHIRE, IL 60069


RLS DISTRIBUTION, INC
1250 DUTCH MILL RD
NEWFIELD, NJ 08344


RONDO, INC.
51 JOSEPH STREET
MOONACHIE, NJ 07074


ROSEMARY GROSS


SECURITY EXCHANGE COMMISSION
NY REGIONAL OFFICE
200 VESEY ST., SUITE 400
NEW YORK, NY 10281


SMALL BUSINESS ADMINISTRATION
PO BOX 740192
ATLANTA, GA 30374


SWEDE FARMS INC.
480 ALFRED AVENUE
TEANECK, NJ 07666


TD BANK
C/O MEYNER AND LANDIS LLP
ONE GATEWAY CENTER, STE 2500
NEWARK, NJ 07102


TD BANK N.A.
1701 ROUTE 70 EAST
CHERRY HILL, NJ 08034


THE FILLO FACTORY, INC.
10 FAIRWAY CT.
NORTHVALE, NJ 07647

TREMONT OFFSET, INC.
1500 ERICSON PLACE
BRONX, NY 10461


TRI STATE PACKAGING INC.
616 BEDFORD AVENUE
BROOKLYN, NY 11249


TRI-LIFT, INC.
2035 NEW HIGHWAY
FARMINGDALE, NY 11735


TRIO PACKAGING CORP
90 13TH AVE UNIT 11
RONKONKOMA, NY 11779


UNITED STAFFIND SOLUTIONS
NEW YORK CITY CORPORATE HEADQU
111 BROADWAY 3RD FLR
NEW YORK, NY 10006


UNITED STATES ATTORNEY
TAX AND BANKRUPTCY UNIT
86 CHAMBERS ST., 3RD FLOOR
NEW YORK, NY 10007


UPS
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170


US FOODS
1051 AMBOY AVENUE
PERTH AMBOY, NJ 08861


WESTCHESTER LOCK & ALARM, INC.
954 MCLEAN AVENUE
YONKERS, NY 10704


WILENTA FEED, INC.
46 HENRY STREET
SECAUCUS, NJ 07094


WORLD BEST CHEESE/ CWI
111 BUSINESS PARK DR.
ARMONK, NY 10504

WS PACKAGING GROUP INC
CORPORATE HEADQUARTERS
2571 S. HEMLOCK ROAD
NEW FRANKEN, WI 54229

# United States Bankruptcy Court
## Southern District of New York

In re   Dufour Pastry Kitchens, Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Dufour Pastry Kitchens, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 20, 2016

Date

/s/ Jonathan S. Pasternak

Jonathan S. Pasternak

Signature of Attorney or Litigant
Counsel for   Dufour Pastry Kitchens, Inc.
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200 Fax:(914) 684-0288

## United States Bankruptcy Court
### Southern District of New York

In re    Dufour Pastry Kitchens, Inc.                                          Case No.
                                                        Debtor(s)          Chapter        11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Carla Krasner, declare under penalty of perjury that I am the Vice President of  Dufour Pastry Kitchens, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 21st day of October, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Carla Krasner, Vice President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Carla Krasner,  Vice President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Carla Krasner, Vice President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date   October 20, 2016                              Signed   /s/ Carla Krasner
                                                                      Carla Krasner, Vice President

Resolution of Board of Directors
of
Dufour Pastry Kitchens, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Carla Krasner, Vice President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Carla Krasner, Vice President  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Carla Krasner, Vice President  of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  October 20, 2016                          Signed   */s/ Carla Krasner*

                                                          Carla Krasner, Vice President