DELBELLO DONNELLAN
WEINGARTEN WISE & WIEDERKEHR, LLP
*Proposed Counsel for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                      Chapter 11

DUFOUR PASTRY KITCHENS, INC.,                         Case No.16-12975 (   )

                                    Debtor.
------------------------------------------------------------X

## DECLARATION OF CARLA KRASNER PURSUANT TO LOCAL RULE 1007-2

CARLA KRASNER, being duly sworn, deposes and says:

1. I am the Vice President and 50% shareholder of Dufour Pastry Kitchens, Inc. (the "Debtor"), and I submit this affidavit pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

### BACKGROUND

2. For over thirty years, the Debtor, a woman-owned business, has made and sold premium frozen ready-to-bake puff pastry dough, tart shells, and hors d'oeuvres. Its products are made by hand in the Bronx using butter sourced from an upstate New York creamery, then shipped across the country to distributors serving the finest caterers, restaurants, hotels, and such specialty supermarket chains as Whole Foods, Sprouts, King's, Giant Eagle and Fresh Market. In New York City, customers include the Waldorf Astoria, Sheraton NY, and Grand Hyatt as well as specialty food shops like Zabar's, Dean & Deluca, Citarella and Fairway. The Debtor

produces pastry components (business to business) to manufacturers who make finished product for Walmart, Costco and other big box stores, and also produces elegant private label hors d'oeuvres for mail order catalogs. Their brand, particularly renowned for their puff pastry has garnered praise from *The New York Times*, *Bon Appetit* magazine and such celebrity chefs and food personalities as Martha Stewart, Rachel Ray, Mario Batali and Thomas Keller. Over 65% of the Debtor's workforce are residents of the Bronx, and the Debtor is a Nationally Certified Women Owned Business (WBENC).

3. The Debtor's business is seasonal, with an estimated 60% of its revenue earned between the months of September and December. Revenues have consistently been in the range of $3-3.75 million per year.

4. In 2007, the Debtor moved its operations from Manhattan to a warehouse at 251 Locust Avenue, Bronx, New York, the Port Morris section of the Bronx. The area was designated by the Federal Government as an "Empowerment Zone" to promote business development and jobs in the area. The Debtor had borrowed $875,967 from the Bronx Overall Economic Development Corporation ("BOEDC") for leasehold improvements and equipment which has been substantially paid down, and is currently an unsecured loan.

5. During the build-out of the Bronx warehouse, it became necessary to acquire additional funding for unforeseen construction and equipment needs. Commerce Bank (TD Bank) supplied the additional $ 670,000 with an SBA 7A loan.

6. Through the New York City R.E.A.P. relocation moving benefit, the Debtor benefitted from an approximately $ 96,000 tax credit per year for a five-year period. During that time the Debtor's business flourished and the Debtor was able to meet its daily operating expenses as well as its debt service. When the tax credit came to an end, the Debtor struggled to keep up with its

long term debt obligations.

7. The Debtor approached its secured creditor, TD Bank, N.A. to discuss restructuring its loan payments. The original loan for $670,000 had been dutifully paid down to approximately $250,000, but with the expiration of the tax credit the Debtor sought to restructure its obligations.

8. Unable to resolve with either TD Bank or the Small Business Administration, the Debtor fell behind on its loan payments. A collection action was commenced, *TD Bank, N.A. v. Dufour Pastry Kitchens, Inc., Judith Arnold and Carla Krasner*, Supreme Court, Bronx County, Index No. 22525/2015E. As of the Filing Date, a motion for summary judgment was granted in favor of the bank and a judgment was recently entered in favor of TD Bank.

9. The Debtor does not dispute the loan obligation, but simply needs time to restructure the obligation.

10. The Debtor's desire is to utilize the bankruptcy process in order to generally restructure and reorganize its affairs as well as explore options for expansion, the raising of capital and other strategic transactions. Properly capitalized, the Debtor believes it could greatly increase revenues and profitability. The Debtor believes that with the help of counsel it will be able to restructure its affairs and propose a plan of reorganization that it is in the best interests of its creditors and affords them the greatest recovery possible.

11. The needs and interests of the Debtor's creditors will best be served by the continued possession of its property and management of its affairs as debtor-in-possession under Chapter 11 until confirmation of a reorganization plan.

## **INFORMATION REQUIRED BY LOCAL BANKRUTPCY RULE 1007**

12. In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information related to the Debtor, which is set forth below.

**Local Rule 1007-2(a)(1)**

13. The Debtor makes and sells frozen ready-to-bake puff pastry dough and tart shells, and hors d'oeuvres.

**Local Rule 1007-2(a)(2)**

14. This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

**Local Rule 1007-2(a)(3)**

15. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4)**

16. A list of the names and addresses of the Debtor's 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed hereto as **Schedule I**.

**Local Rule 1007-2(a)(5)**

17. A list of the names and addresses of the five largest secured creditors is annexed hereto as **Schedule II**.

**Local Rule 1007-2(a)(6)**

18. A balance sheet will be filed separately pursuant to the requirements of a small business debtor set forth in 11 U.S.C. §1116.

**Local Rule 1007-2(a)(7)**

19. There are no publicly held securities of the Debtor.

**Local Rule 1007-2(a)(8)**

20. None of the Debtor's property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

21. The Debtor leases property for its manufacturing and distribution operations at 251 Locust Avenue, Bronx, New York 10454.

**Local Rule 1007-2(a)(10)**

22. The Debtor's records are located at its offices located at 251 Locust Avenue, Bronx, New York 10454.

**Local Rule 1007-2(a)(11)**

23. There is one legal action pending against the Debtor, *TD Bank, N.A. v. Dufour Pastry Kitchens, Inc., Judith Arnold and Carla Krasner*, Supreme Court, Bronx County, IndexNo. 22525/2015E

**Local Rule 1007-2(a)(12)**

24. The Debtor's senior management includes Judith Arnold, President and Carla Krasner, Vice President.

**Local Rule 1007-2(b)(1) and (2)**

25. The Debtor's estimated weekly payroll to employees for the thirty (30) day period following the Chapter 11 petition is $32,000, including temporary outside labor.

26. The Debtor's estimated weekly payroll and payments to officers, stockholders,

and directors for the thirty (30) day period following the Chapter 11 petition is $4,675.

**Local Rule 1007-2(b)(3)**

27.    The Debtor estimates that it will at least break even in the 30-day period following the filing of the chapter 11 petition.

28.    A thirty (30) day cash flow projection is attached.

## CONCLUSION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

By: */s/ Carla Krasner*
Carla Krasner, Vice President

**Schedule I**

**20 Largest Unsecured Claims**

Fill in this information to identify the case:

Debtor name: Dufour Pastry Kitchens, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BOEDC<br>851 Concourse<br>Bronx, NY 10451 | | | | | | $348,346.78 |
| TD Bank N.A.<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | | Blanket Lien on Debtor's Assets | | $250,000.00 | $0.00 | $250,000.00 |
| Chase Bank<br>P.O. Box 9001022<br>Louisville, KY 40290 | | | | | | $111,080.52 |
| Imperial Bag & Paper co., Inc.<br>255- Routes 1-9<br>Jersey City, NJ 07306 | | | | | | $88,703.24 |
| 885 East 138th Street LLC<br>1536 Third Ave, 3rd Floor<br>New York, NY 10028 | | | | | | $82,744.20 |
| Millennium Funding<br>PO Box<br>Buffalo, NY 14231 | | | | | | $36,066.69 |
| Fodera Foods<br>129-02 Northern Blvd<br>Corona, NY 11368 | | | | | | $28,112.15 |
| Active Temporaries Ltd<br>41 West 33rd Street<br>New York, NY 10001 | | | | | | $27,132.93 |
| Karp Resources<br>PO Box 515<br>Southold, NY 11971 | | | | | | $24,168.35 |
| Swede Farms Inc.<br>480 Alfred Avenue<br>Teaneck, NJ 07666 | | | | | | $17,401.94 |
| Tri State Packaging Inc.<br>616 Bedford Avenue<br>Brooklyn, NY 11249 | | | | | | $15,171.14 |

Debtor   Dufour Pastry Kitchens, Inc.                                  Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Freedman 545 Livonia Avenue Brooklyn, NY 11207 | | | | | | $8,986.17 |
| Industrial Refridgeration, Inc 145-1 Remington Blvd Rankonkoma, NY 11772 | | | | | | $8,016.91 |
| Interstate Container 501 Finnegans New Brunswick, NJ 08901 | | | | | | $5,593.95 |
| Allen Gross CPA PO Box 305 Emerson, NJ 07630 | | | | | | $5,550.00 |
| Oxford Health Plans P.O. Box 1368 Newark, NJ 07101 | | | | | | $5,134.54 |
| Rosemary Gross | | | | | | $2,703.83 |
| Baldor Specialty Food 155 Food Center Dr. ᴮnx, NY 10474 | | | | | | $2,411.40 |
| Ⴕondo, Inc. 51 Joseph Street Moonachie, NJ 07074 | | | | | | $2,192.17 |
| United Staffind Solutions New York City Corporate Headqu 111 Broadway 3rd Flr New York, NY 10006 | | | | | | $2,067.80 |

# Schedule II
# 5 Secured Claims

| | |
|---|---|
| Bank of the West<br>475 Sansome Street<br>19th Floor<br>San Francisco CA 94111 | $0.00 |
| TD Bank N.A.<br>1701 Route 70 East<br>Cherry Hill NJ 08034 | $250,000.00 |
| US Foods<br>1051 Amboy Avenue<br>Perth Amboy NJ 08861 | $0.00 |

**Schedule III**
**Cash Flow Projections**

DA1UFOUR PASTRY KITCHENS
WEEKLY CASHFLOW 2016

| | OPENING BALANCE 7-Oct | WK ENDING FRIDAY 14-Oct WK2 | WK ENDING FRIDAY 21-Oct WK4 | WK ENDING FRIDAY 28-Oct WK1 | WK ENDING FRIDAY 4-Nov WK2 | WK ENDING FRIDAY 11-Nov WK3 | WK ENDING FRIDAY 18-Nov WK4 | WK ENDING FRIDAY 25-Nov WK5 | WK ENDING FRIDAY 2-Dec WK1 | WK ENDING FRIDAY 9-Dec WK2 | WK ENDING FRIDAY 16-Dec WK3 | WK ENDING FRIDAY 23-Dec WK4 | WK ENDING FRIDAY 30-Dec WK5 | WK ENDING FRIDAY 6-Jan WK1 | WK ENDING FRIDAY 13-Jan WK1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING CASH BALANCE | 20,888 | 20,888 | 82,145 | 36,674 | 18,899 | 11,122 | 2,812 | (8,754) | (23,889) | (42,704) | (43,164) | (10,489) | 16,402 | 20,919 | 10,848 |
| ACCOUNTS RECEIVABLE COLLECTIONS | | 76,683 | 50,000 | 101,885 | 101,885 | 101,885 | 101,885 | 101,885 | 123,628 | 123,628 | 123,628 | 123,628 | 123,628 | 94,308 | 94,308 |
| WEEKLY CASH AVAILABLE TO SPEND | 20,888 | 97,569 | 132,145 | 138,559 | 120,784 | 113,007 | 104,697 | 93,131 | 99,738 | 80,924 | 80,464 | 113,139 | 140,030 | 115,225 | 104,954 |
| COST OF GOODS SOLD | | 80,913 | 80,913 | 80,913 | 80,913 | 80,913 | 97,221 | 97,221 | 97,221 | 97,221 | 75,229 | 75,229 | 75,229 | 75,229 | 42,165 |
| OTHER EXPENDITURES: | | | | | | | | | | | | | | | |
| PAYROLL (NON-FACTORY): | | | | | | | | | | | | | | | |
| PRODUCTION MANAGER | | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 | 1,058 |
| OFFICE | | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 | 3,519 |
| OFFICERS | | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 | 3,875 |
| SALES (COMMISSIONS ON 15TH) | | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 | 1,635 |
| PAYROLL PROCESSING | | 123 | 123 | 123 | 123 | 123 | 123 | 123 | 123 | 123 | 123 | 123 | 123 | 123 | 123 |
| PAYROLL TAXES | | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 |
| TOTAL PAYROLL | | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 | 10,981 |
| OCCUPANCY: | | | | | | | | | | | | | | | |
| RENT | | | | 18,827 | | | | | 18,827 | | | | 18,827 | | |
| REAL ESTATE TAXES (26,261.73 for year) | | | | 2,188 | | | | | 2,188 | | | | 2,188 | | |
| UTILITIES | | | | 6,000 | | | | 6,000 | | | | | 6,000 | | |
| TOTAL OCCUPANCY | | 0 | 0 | 24,827 | 0 | 0 | 0 | 6,000 | 18,827 | 0 | 0 | 0 | 24,827 | 0 | 0 |
| INSURANCE: | | | | | | | | | | | | | | | |
| BUSINESS, AUTO, & FLOOD INSURANCE | | | | | | | | | | | | | | 2,874 | |
| HEALTH INSURANCE | | | | | 5,135 | | | | 5,135 | | | | 5,135 | 460 | |
| DISABILITY INSURANCE (QUARTERLY) | | | | | 4,368 | | | | | | | 7,000 | | 7,163 | |
| WORKERS COMP. | | | | | 1,785 | | | | 7,388 | 9,262 | | | | 1,430 | |
| LIFE INSURANCE | | | | | | | | | | | | | | | |
| TOTAL INSURANCE | | 0 | 0 | 0 | 11,290 | 0 | 0 | 0 | 12,522 | 9,262 | 0 | 7,000 | 5,135 | 11,927 | 0 |
| GENERAL & ADMINISTRATIVE EXPENSES | | | | | | | | | | | | | | | |
| TELEPHONE & INTERNET | | | 300 | 700 | 938 | | 300 | | 700 | 938 | 300 | | 700 | 938 | |
| RUBBISH REMOVAL | | | | | | | | 818 | | | | | | | |
| NEW EQUIPMENT LEASE (CONNEXT) | | | 818 | | 400 | | 458 | | | 400 | | 818 | | 400 | |
| CONSULTING FEES | | | 458 | 191 | | | | | 191 | | | 458 | 191 | | |
| EXTERMINATING | | 2,017 | | | | 2,017 | | | | | 2,017 | | | | 2,017 |
| REPAIRS & MAINT. (INDUSTRIAL REFRIG.) | | 425 | | | 509 | | 425 | | | 818 | 425 | | | 472 | 425 |
| CREDIT CARD FEES | | | | | 1,850 | | | | | 1,850 | | | | 1,850 | |
| VAN LEASE PAYMENT | | | | | 145 | | | | | 145 | | | | 145 | |
| ACCOUNTING | | | | | 637 | | | | | 637 | | | | 637 | |
| EQUIPMENT LEASE - DE LAGE | | | | | | | | | | 48 | | | | | |
| EQUIPMENT RENTAL - CANON | | | | | | | | | | | | 250 | | | |
| EQUIPMENT RENTAL - PITNEY BOWES | | | | 48 | | | 48 | | | | | | 48 | | |
| OTHER WEEKLY EXPENSES | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| TOTAL G & A EXPENSES | | 4,442 | 3,576 | 2,939 | 6,477 | 2,000 | 5,248 | 2,818 | 2,891 | 6,834 | 4,742 | 3,526 | 2,939 | 5,439 | 4,442 |
| TOTAL WEEKLY EXPENDITURES | | 15,424 | 95,471 | 119,660 | 109,662 | 110,194 | 113,451 | 117,020 | 142,443 | 124,086 | 90,963 | 96,737 | 119,111 | 104,577 | 57,590 |
| CASH BALANCE LEFT OVER | 20,888 | 82,145 | 36,674 | 18,899 | 11,122 | 2,812 | (8,754) | (23,889) | (42,704) | (43,164) | (10,489) | 16,402 | 20,919 | 10,648 | 47,365 |